UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

EDDIE RAYMORE,
a/k/a "Anthony Edward Agnew"

       Defendant.

- - - - - - - - - - - - - - - - x

ORIGINAL

JUDGE RAKOFF

NOTICE OF INTENT TO
FILE AN INFORMATION

07 CRIM 591

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            June 27, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

              By:   _____
                    Antonia M. Apps
                    Assistant United States Attorney

                    AGREED AND CONSENTED TO:

            By:   _____
                  A. Lorenzo Bryan, Esq.
                  Attorney for
                  Eddie Raymore

JUN 27 2007

6/27/07 WHEEL A

TOTAL P.02