JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -                               INFORMATION

EDDIE RAYMORE,                       07 Cr. ____
a/k/a "Anthony Edward Agnew,"

        Defendant.                07 CRIM 591

- - - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From in or about the last quarter of 2006, up to and including May 30, 2007, in the Southern District of New York and elsewhere, EDDIE RAYMORE, a/k/a/ "Anthony Edward Agnew," the defendant, an individual required to register under the Sex Offender Registration and Notification Act, did travel in interstate commerce and unlawfully, willfully, and knowingly did fail to update a registration as required by the Sex Offender Registration and Notification Act, to wit, the defendant moved in or about October of 2006 from New York, New York to Orlando, Florida, without updating his information with New York's sex offender database, provided false information to New York's sex offender database, and failed to register in Florida as required by law.

    (Title 18, United States Code, Section 2250.)

MICHAEL J. GARCIA
United States Attorney

JUN 29 2007