UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

    v.                              :      07 Cr.

EDDIE RAYMORE,                      :
a/k/a "Anthony Edward Agnew,"
                                    :
        Defendant.
                                    :
- - - - - - - - - - - - - - - - - -X



        The above-named defendant, who is accused of violating Title 18, United States Code, Section 2250, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            _____
                                            Defendant

                                            _____
                                            Witness

                                            _____
                                            Counsel for Defendant

Date:    New York, New York
         June 29, 2007

0202