PROB 12B
(NYEP-5/17/0

*To: Peter Merrigan*



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-08
```



# United States District Court
## for the
### Southern District of New York
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: <u>Eddie Raymore</u>   Case Number <u>07-CR-591-01 (JSR)</u>

Name of Sentencing Judicial Officer: <u>Honorable Jed S. Rakoff, United States District Judge</u>

Date of Original Sentence: <u>November 2, 2007</u>

Original Offense: <u>Failure to Register, in violation of 18 U.S.C. 2250, a Class C felony.</u>

Original Sentence: <u>Two (2) months custody followed by Three (3) Years supervised release, and a $100 Special Assessment Fee. Special conditions are as follows; Sex offender treatment and Substance abuse treatment.</u>

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **February 27, 2008**

---

### PETITIONING THE COURT

☒   To modify the conditions of supervision as follows

The defendant shall submit his person, residence, vehicle and any ocher premises under his control to a search upon reasonable suspicion that contraband or evidence of a violation of the conditions o of supervised release/probation may be found. The search must be conducted in a reasonable manner and at a reasonable time. Failure to submit to a search may be grounds for revocation. Furthermore, the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

51540- Prob12B/ Page 2

## U.S. PROBATION OFFICER ACTION

This office recently received correspondence from U. S. Probation Officer (USPO) Elizabeth Daly from the Eastern District of New York who presently supervises the releasee requesting imposition of the aforementioned search condition.

## CAUSE

On February 27, 2008, Mr. Raymore commenced supervision in the Eastern District of New York due to his residence in Brooklyn, New York. Raymore has a significant criminal history, which includes a violent sex offense and a drug offense. He has a criminal history category of IV. He also has a significant drug history including marijuana and cocaine, which he has been less than candid about. Finally, his instant offense is failing to register as a sex offender, which involved lying to authorities about where he was residing. He is a level III sex offender. Raymore is considered a high risk offender who needs to be monitored closely.

## RECOMMENDATION AND JUSTIFICATION

Based upon Mr. Raymore's previous criminal record, the U.S. Probation Office respectfully recommends the Court adopt the proposed modification to the conditions of supervised release for purposes of addressing risk control. On March 6, 2008, Raymore was presented with, and signed the attached Probation Form 49, Waiver of Hearing, agreeing to the imposition of the aforementioned condition. If your Honor concurs please sign on the attached document.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

by

Peter A. Merrigan by mac 4.9 08
Peter A. Merrigan
Supervising U.S. Probation Officer
212-805-5129

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

51540- Prob12B/ Page-3

07-CR-591-01 (JSR)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*Judicial Response*

[✓] Court approves U.S. Probation Officer's recommendation

or

The Court Orders:

[ ]   The Issuance of a Summons

      The Offender is directed to appear as follows:

         Date: _____

         Time: _____

         Place: _____

[ ]   The Issuance of a Warrant
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Other

_____
Signature of Judicial Officer

4/10/08
Date

PROB 49
(NYEP-10/24/06)

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision: wing modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall submit his person, residence, vehicle, and any other premises under his control to a search upon reasonable suspicion that contraband or evidence of a violation of the conditions of supervised release/probation may be found. The search must be conducted in a reasonable manner and at a reasonable time. Failure to submit to a search may be grounds for revocation. Furthermore, the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.*

Witness: _____    Signed: _____
U.S. Probation Officer                 Probationer or Supervised Releasee

3/6/08
Date